## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Monster Energy Company

                              Plaintiff,

v.                                                          Case No.: 1:24−cv−01193

                                                         Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 15, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: The motion by defendants A1DRJUODPRUJ3Z; Henghe tidal current; Huaihao Store; KOUKOUQIKOU, TOPEPER; guangzhoushichaohuamaoyishanghang; and guangzhoushihuixidianshanggongzuoshi for extension of time [39] is granted; those defendants' response to the complaint is to be filed by 5/15/2024. Plaintiff's motion for entry of default judgment [35] is granted as to all other defendants. Plaintiff's counsel is directed to promptly provide to Judge Kennelly's proposed order e−mail address (in Word format) a revised default judgment order excluding the aforementioned defendants. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.