IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DONGGUAN SIWEILU OUTDOOR PRODUCTS CO., LTD., et al.,<br><br>Defendants. | Case No. 24-cv-01193<br><br>**Judge Matthew F. Kennelly** |

**DEFAULT JUDGMENT ORDER AS TO CERTAIN DEFENDANTS**

This action having been commenced by Plaintiff Monster Energy Company ("Plaintiff" or "MEC") against the fully interactive, e-commerce store[1] operating under the seller aliases identified on Schedule A attached hereto (the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto, with the exception of Defendants A1DRJUODPRUJ3Z (Def. No. 35), guangzhoushichaohuamaoyishanghang (Def. No. 51), guangzhoushihuixidianshanggongzuoshi (Def. No. 52), Henghe tidal current (Def. No. 54), Huaihao Store (Def. No. 55), KOUKOUQIKOU (Def. No. 57), and TOPEPER (Def. No. 65) (collectively, "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff, a temporary restraining order against Defaulting Defendants which included an asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces.

under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and/or funds from U.S. bank accounts, and have sold products bearing unauthorized copies of the Monster Energy Copyrighted Works ("Stylized claw with jagged edges (original version)" (U.S. Copyright Registration No. VA 1-789-900), issued by the Register of Copyrights on October 11, 2011, and the corresponding supplemental registration changing ownership name from Hansen Beverages Company to Monster Energy Company: VA 1-433-242) and/or using infringing and counterfeit versions of the federally registered MONSTER ENERGY trademarks (the MONSTER ENERGY Trademarks") (a list of which is included in the chart below) to residents of Illinois. A list of the MONSTER ENERGY Trademarks is included in the below chart.

| REGISTRATION NUMBER | REGISTERED TRADEMARK |
|---|---|
| 3,057,061 | MONSTER ENERGY |
| 4,036,681 | |
| 3,044,315 | |
| 4,036,680 | |
| 5,820,689 | |
| 5,661,940 | |

| REGISTRATION NUMBER | REGISTERED TRADEMARK |
|---|---|
| 2,903,214 | |
| 4,051,650 | |
| 3,963,669 | |
| 3,963,668 | |
| 4,011,301 | |

| **Registration Number** | **Registered Trademark** |
|---|---|
| 4,822,675 | |
| 3,134,841 | |
| 3,923,683 | |
| 3,908,601 | |
| 3,908,600 | |

| REGISTRATION NUMBER | REGISTERED TRADEMARK |
|---|---|
| 3,914,828 | (Monster Energy claw logo with "MONSTER ENERGY") |
| 4,332,062 | (Monster Energy claw logo with "MONSTER ENERGY") |
| 4,660,598 | (Monster Energy claw logo with "MONSTER ENERGY") |
| 3,134,842 3,044,314 | M MONSTER ENERGY |
| 4,634,053 | MONSTER ASSAULT |
| 3,959,457 | JAVA MONSTER |
| 3,852,118 | LO-CARB MONSTER ENERGY |
| 5,570,782 | (Monster Energy claw logo in green on black with "MONSTER ENERGY") |

5

| REGISTRATION NUMBER | REGISTERED TRADEMARK |
|---|---|
| 5,580,962 | |
| 5,551,192 | MONSTER ARMY |
| 5,551,230 | |
| 5,022,676 | |
| 4,865,702 | |
| 5,889,011 | |
| 6,451,182 | MONSTER |

6

| REGISTRATION NUMBER | REGISTERED TRADEMARK |
|---|---|
| 6,760,278 | MONSTER |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and copyright infringement (17 U.S.C. §§ 106 and 501, *et seq.*).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default, and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the MONSTER ENERGY Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Monster Energy product or not authorized by Plaintiff to be sold in connection with the MONSTER ENERGY Trademarks;

   b. reproducing, distributing copies of, making derivative works of, or publicly displaying the Monster Energy Copyrighted Works in any manner without the express authorization of Plaintiff;

   c. passing off, inducing, or enabling others to sell or pass off any product as a genuine Monster Energy product or any other product produced by Plaintiff, that is not

        Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the MONSTER ENERGY Trademarks and/or the Monster Energy Copyrighted Works;

    d.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    e.  further infringing the MONSTER ENERGY Trademarks and/or the Monster Energy Copyrighted Work and damaging Plaintiff's goodwill; and

    f.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the MONSTER ENERGY Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the Monster Energy Copyrighted Works.

2.  Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon") ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), Walmart, Inc. ("Walmart"), Etsy, Inc. ("Etsy"), WhaleCo, Inc. ("Temu"), and DHgate.com Inc. ("DHgate") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the

sale of counterfeit and infringing goods using the MONSTER ENERGY Trademarks and/or which bear the Monster Energy Copyrighted Works.

3. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for use of counterfeit MONSTER ENERGY Trademarks on products sold through at least the Defaulting Defendants' Online Marketplaces.

4. Pursuant to 17 U.S.C. § 504(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful copyright infringement of the Monster Energy Copyrighted Works.

5. Plaintiff may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, Walmart, Etsy, DHgate, Temu, and Amazon Pay, by e-mail delivery to the e-mail addresses Plaintiff used to serve the Temporary Restraining Order on the Third Party Providers.

6. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, AliExpress, Wish.com, Ant Financial Services Group ("Ant Financial"), Walmart, Etsy, DHgate, Temu, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants' Seller Aliases or the Online Marketplaces from transferring or disposing of any funds (up to the statutory damages awarded in Paragraphs 3 and 4 above) or other of Defaulting Defendants' assets.

7. All monies (up to the amount of the statutory damages awarded in Paragraphs 3 and 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, AliExpress,

    Wish.com, Ant Financial, Walmart, Etsy, DHgate, Temu, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, AliExpress, Wish.com, Ant Financial, Walmart, Etsy, DHgate, Temu, and Amazon Pay, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

8. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, DHgate, Temu, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, Temu, and Amazon Pay, shall within seven (7) calendar days:

   a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Bruce Kingsland, and any e-mail addresses provided for Defaulting Defendants by third parties;

   b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. release all monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts to Plaintiff's as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

9. In the event that Plaintiff identifies any additional online marketplace accounts, domain names, or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Bruce Kingsland and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The ten thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Greer, Burns, & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Final Judgment.

DATED: April 15. 2024

_____
Matthew F. Kennelly
United States District Judge

**Monster Energy Company v. Dongguan Siweilu Outdoor Products Co., Ltd., et al. - Case No. 24-cv-01193**

# Schedule A

### Defendant Online Marketplaces

| No | URL | Name / Seller Alias |
|---|---|---|
| 1 | siweilu.en.alibaba.com | Dongguan Siweilu Outdoor Products Co., Ltd. |
| 2 | wvcool.en.alibaba.com | Jinhua Wvcool Refrigeration Equipment Co., Ltd |
| 3 | jayhoo.en.alibaba.com | Ningbo Beejay Toys Co.,Ltd |
| 4 | duolan.en.alibaba.com | Taizhou Duolan Trading Co., Ltd. |
| 5 | lingqikeji.en.alibaba.com | Yongkang Lingqi Technology Co., Ltd. |
| 6 | yeahsun03.en.alibaba.com | Zhejiang Yeahsun Import&Export Co., Ltd. |
| 7 | aliexpress.com/store/1101254272 | Assier Store |
| 8 | aliexpress.com/store/1102732439 | Bmw 72 Store |
| 9 | aliexpress.com/store/1102180662 | Case Studio Store |
| 10 | aliexpress.com/store/1101148443 | daydayup Store |
| 11 | aliexpress.com/store/1102039881 | DIY Charms Pendants Store |
| 12 | aliexpress.com/store/1102682434 | Fashion Phone Case Store Store |
| 13 | aliexpress.com/store/1101364323 | FIREBROS Official Store |
| 14 | aliexpress.com/store/1102018493 | Giyu Great shoe charms Store |
| 15 | aliexpress.com/store/1101339241 | jiayao Store |
| 16 | aliexpress.com/store/1102963993 | Lentos Car Motorcycle Supplies Store |
| 17 | aliexpress.com/store/1101053573 | MOC BRICKS Store |
| 18 | aliexpress.com/store/1102263493 | Monster Energy Store |
| 19 | aliexpress.com/store/1102318444 | Mrs Patch Store |
| 20 | aliexpress.com/store/1102198226 | NONO Store |
| 21 | aliexpress.com/store/1102663112 | SHIMANO Outdoor Supplies Store |
| 22 | aliexpress.com/store/1102299222 | Shop1102301218 Store |
| 23 | aliexpress.com/store/1102313540 | Shop1102314540 Store |
| 24 | aliexpress.com/store/1102470265 | Shop1102470264 Store |
| 25 | aliexpress.com/store/1102816324 | Shop1102814357 Store |
| 26 | aliexpress.com/store/1102817334 | Shop1102819353 Store |
| 27 | aliexpress.com/store/1102843500 | Shop1102846496 Store |
| 28 | aliexpress.com/store/1102922129 | Shop1102921144 Store |
| 29 | aliexpress.com/store/1102984868 | Shop1102992011 Store |
| 30 | aliexpress.com/store/1103054117 | Shop1103054116 Store |
| 31 | aliexpress.com/store/1102339935 | Xiaoran-51 Store |

| | | |
|---|---|---|
| 32 | aliexpress.com/store/1102208597 | YJLIN Jewelry Store |
| 33 | aliexpress.com/store/1101296157 | YU-YSYLED Store |
| 34 | aliexpress.com/store/1101936954 | Zhiwen Accessories Store |
| 35 | EXCEPTED | EXCEPTED |
| 36 | amazon.com/sp?seller=A2NXXVQNN3OVFK | A2NXXVQNN3OVFK |
| 37 | amazon.com/sp?seller=A3FQFI97XTHXC6 | Cecebracelst |
| 38 | amazon.com/sp?seller=A3S4CO64SSMKAR | Celestial queen trade |
| 39 | amazon.com/sp?seller=A2KWTRKR85O50Q | Chen Kong Yan |
| 40 | amazon.com/sp?seller=A3AH1JGZ1IA24Y | chengdumuzhongzhushangmaoyouxiangongsi |
| 41 | amazon.com/sp?seller=A2Q2F7RU7U5JGS | chenjingtiemnzxv |
| 42 | amazon.com/sp?seller=A2GY6QS3NYZ5J2 | chenxiamei |
| 43 | amazon.com/sp?seller=A85TXEKYJSFR | COOLERFIRE SHOP |
| 44 | amazon.com/sp?seller=A1JNAYW8YB1P22 | CowboyGuru |
| 45 | amazon.com/sp?seller=A13QHDB95I0A7I | DGFDHTKJTU |
| 46 | amazon.com/sp?seller=A3RB01KXLLFGRC | feilaiju |
| 47 | amazon.com/sp?seller=A24FYJ6GFFRIJE | fhfuyusdsd |
| 48 | amazon.com/sp?seller=A1AF69RYGXFX5P | Fine canvas poster |
| 49 | amazon.com/sp?seller=A3JO6I8POW4811 | FlipSports |
| 50 | amazon.com/sp?seller=A1FR8YZE9IK6C7 | GKEWEA-Tees |
| 51 | EXCEPTED | EXCEPTED |
| 52 | EXCEPTED | EXCEPTED |
| 53 | amazon.com/sp?seller=A2TFCM938S97RA | GYZYART |
| 54 | EXCEPTED | EXCEPTED |
| 55 | EXCEPTED | EXCEPTED |
| 56 | amazon.com/sp?seller=A1SDPMV4GGALVU | junhaoriyongpinjingyingbu |
| 57 | EXCEPTED | EXCEPTED |
| 58 | amazon.com/sp?seller=AIH304XC1KYTZ | KSDGLKF |
| 59 | amazon.com/sp?seller=A2B27IVVL8YOSC | laozhaoriyongpindian |
| 60 | DISMISSED | DISMISSED |
| 61 | amazon.com/sp?seller=A32IGYT6YFGUMT | OUTDRIVE-US |
| 62 | amazon.com/sp?seller=AAW7WWKIVN7GA | QINFENg |
| 63 | amazon.com/sp?seller=A2KX21G94HEDQV | QINGZHEN Art |
| 64 | amazon.com/sp?seller=A33R06RKT5UAM3 | TANG Art |
| 65 | EXCEPTED | EXCEPTED |
| 66 | amazon.com/sp?seller=A1L3DOFRUEL45F | WangGianglongan |
| 67 | amazon.com/sp?seller=AVX3IUV7Q6LRN | wuhualongjjcv |
| 68 | amazon.com/sp?seller=A13SRIFLFSL5V0 | xingyueriyongpindian |
| 69 | amazon.com/sp?seller=A109AYXNCKAYOG | xinqihulianwanglingshoushanghang |
| 70 | amazon.com/sp?seller=A14GS3ZGPTFP6X | xinxiushangmao |
| 71 | amazon.com/sp?seller=A2AV50CUE2G6TM | Xiwu-UK-Shop |
| 72 | amazon.com/sp?seller=ANSWJ0P7UZC83 | yanhepostershop |
| 73 | amazon.com/sp?seller=A34S3EQDG7A1NX | YODE |

| | | |
|---|---|---|
| 74 | amazon.com/sp?seller=A1PVJ7GLQU3A0S | YuanGuChuan Art |
| 75 | amazon.com/sp?seller=A204050WYDTTR6 | yunnantuojiujingmaoyouxi |
| 76 | amazon.com/sp?seller=A3VPBVGENHYJ2V | zejianpostershop |
| 77 | amazon.com/sp?seller=A1LN58NNZUX98Z | zhangyanyuyouhuagongyipin |
| 78 | amazon.com/sp?seller=AWQ0SQD7J4W1Q | ZHANGZHIHAOKESHANGMAOYOUXIANGONGSI |
| 79 | dhgate.com/store/21874441 | hh77777 |
| 80 | ebay.com/usr/8564141dadasdagnjjjjjj | 8564141dadasdagnjjjjjj |
| 81 | ebay.com/usr/autumnsunco_0843 | autumnsunco_0843 |
| 82 | ebay.com/usr/baik58 | baik58 |
| 83 | ebay.com/usr/baldness569 | baldness569 |
| 84 | ebay.com/usr/binw957776 | binw957776 |
| 85 | ebay.com/usr/burles_store | burles_store |
| 86 | ebay.com/usr/certainly_clean | certainly_clean |
| 87 | ebay.com/usr/chang-2161 | chang-2161 |
| 88 | DISMISSED | DISMISSED |
| 89 | ebay.com/usr/don_6842 | don_6842 |
| 90 | ebay.com/usr/eagleburgmannho-0 | eagleburgmannho-0 |
| 91 | ebay.com/usr/found_everything | found_everything |
| 92 | ebay.com/usr/fsdsvrt | fsdsvrt |
| 93 | ebay.com/usr/ghpd-12 | ghpd-12 |
| 94 | ebay.com/usr/guicai_82 | guicai_82 |
| 95 | ebay.com/usr/hot_water9 | hot_water9 |
| 96 | ebay.com/usr/huangyuya | huangyuya |
| 97 | ebay.com/usr/jimu-55 | jimu-55 |
| 98 | ebay.com/usr/kingdom_molder | kingdom_molder |
| 99 | ebay.com/usr/kunmingwaigadianzis0 | kunmingwaigadianzis0 |
| 100 | ebay.com/usr/lianji-36 | lianji-36 |
| 101 | ebay.com/usr/liugang21450 | liugang21450 |
| 102 | ebay.com/usr/ming-122697 | ming-122697 |
| 103 | ebay.com/usr/mxsxzrm | mxsxzrm |
| 104 | ebay.com/usr/night-owl-shop | night-owl-shop |
| 105 | ebay.com/usr/qiangbenh3 | qiangbenh3 |
| 106 | ebay.com/usr/shanxipinleiwangla0 | shanxipinleiwangla0 |
| 107 | ebay.com/usr/shijunebncai520 | shijunebncai520 |
| 108 | ebay.com/usr/shyo-4659 | shyo-4659 |
| 109 | ebay.com/usr/urlwall-surron-uk | urlwall-surron-uk |
| 110 | ebay.com/usr/vodkafans2013 | vodkafans2013 |
| 111 | ebay.com/usr/wan-14 | wan-14 |
| 112 | ebay.com/usr/wangxiao63010 | wangxiao63010 |
| 113 | ebay.com/usr/weibeng399398 | weibeng399398 |
| 114 | ebay.com/usr/xuewen8665 | xuewen8665 |
| 115 | ebay.com/usr/yuem2954 | yuem2954 |

| 116 | ebay.com/usr/yume_4940 | yume_4940 |
|---|---|---|
| 117 | ebay.com/usr/zhoufanxiong | zhoufanxiong |
| 118 | DISMISSED | DISMISSED |
| 119 | temu.com/m-5771214535473.html | Happy Miao |
| 120 | DISMISSED | DISMISSED |
| 121 | DISMISSED | DISMISSED |
| 122 | DISMISSED | DISMISSED |
| 123 | walmart.com/seller/101277411 | Daily Grocery Store |
| 124 | walmart.com/seller/101254866 | GreatcityShop |
| 125 | wish.com/merchant/56102afc0fe84d64fbc95b58 | Aumu Snow Boots |
| 126 | wish.com/merchant/615be74be29eb72a6643fe7a | chenguixia6567 |
| 127 | wish.com/merchant/5eba281b29e7865740291e0e | C-ONE Jewelry |
| 128 | wish.com/merchant/617d19c6950c75c2816708eb | guanlin2134 |
| 129 | wish.com/merchant/59706328d44a9b6a35a5ffa0 | laodang |
| 130 | wish.com/merchant/60501e78c49d5c07a3647198 | lingfeng3528 |
| 131 | wish.com/merchant/5c7f76667003c1307cd874c5 | trusted store |
| 132 | wish.com/merchant/5d63bddb283abc6f3c4ddd0c | TXYshop |